April 1, 1993
[NOT FOR PUBLICATION]

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

No. 92-2270

RAYMOND R. GADREAULT,

Plaintiff, Appellant,

v.

HOWARD CASE, CHIEF OF POLICE,
PALMER POLICE DEPARTMENT, ET AL.,

Defendants, Appellees.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Frank H. Freedman, U.S. District Judge]

Before

Breyer, Chief Judge,

Torruella and Cyr, Circuit Judges.

Raymond R. Gadreault on brief pro se.

Kimberly M. Saillant and Morrison, Mahoney & Miller on Motion for

Summary Affirmance for appellees.

Per Curiam. Plaintiff argues that Briscoe v.

LaHue, 460 U.S. 325 (1983), is an unconstitutional decision.

As a lower federal court, we are bound by Supreme Court

decisions and cannot independently assess their

constitutionality. The judgment for defendants is affirmed

substantially for the reasons stated by the magistrate and

district court.

Affirmed.